

**MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Danielle E. Mietus, Esq.*
*Telephone: (516) 747-0300, ext. 341*
*Email: dmietus@meltzerlippe.com*

On March 2, 2026, Plaintiff submitted an Amended Complaint. Dkt. No. 23. Accordingly, Defendants request to extend its time to respond to the original complaint is denied as moot. The initial pretrial conference scheduled for March 24, 2026 will now take place on May 4, 2026 at 12:00 p.m. Date: March 3, 2026

**VIA ECF**
The Honorable Lewis J. Liman
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    ***Reyes v. Ditmas Park Rehabilitation and Care Center LLC, et al.***
       **Docket No.: 25-cv-10207(LJL)**
       **MLGB File No.: 10500-00210**

Dear Judge Liman:

This Firm represents Defendants Ditmas Park Rehabilitation and Care Center LLC, Ditmas Children's Nursing and Rehabilitation, and BMO Family Holdings, LLC (collectively, "Defendants") in the above-referenced matter. We write in accordance with the Court's Notice of Initial Pretrial Conference, ECF No. 19, to advise all Defendants intend to make a motion to dismiss pursuant to Federal Rule of Civil Procedure 12. Accordingly, and as our retention by all Defendants was finalized yesterday, we respectfully request the Court issue an Order establishing a deadline of Tuesday, April 28, 2026, *i.e.*, sixty (60) days from the instant filing, for Defendants to file their motion to dismiss, as well as adjourn the March 24, 2026, telephonic Initial Pretrial Conference *sine die* pending the resolution of Defendants' anticipated motion.

We thank the Court for its time and consideration of the foregoing.

Respectfully submitted,

*/s/ Danielle E. Mietus*

Danielle E. Mietus

cc:    All Counsel of Record (*via ECF*)

**Long Island    |    New York City    |    Boca Raton    |    Miami**